MICHAEL A. FITZSIMONS, Appellant, *v.* SOLOMON G. WOODRUFF, Respondent.

(Argued June 6, 1878; decided November 12, 1878.)

THIS action was brought to recover the purchase-price of a marble mantel alleged to have been manufactured for and sold and delivered to defendant. Defendant, among other things, alleged that his contract of purchase being oral was void under the statute of frauds. Plaintiff claimed that the contract was for work, labor and materials, and so not within the statute. The court held that the undisputed evidence showed a delivery and acceptance, and so, that the contract, if one of sale, thus became complete and binding.

*J. C. Cochrane* for appellant.

*A. J. Abbott* for respondent.

MILLER, J., reads for reversal and new trial.
All concur on the ground of acceptance.
Judgment reversed.